# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTTSDALE INSURANCE COMPANY,**

**Plaintiff,**

-vs-                                                                Case No. 6:09-cv-1055-Orl-28DAB

**STIERWALT, INC., MELISA BELCUORE-FISK,**

**Defendants.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment Against Stierwalt, Inc. d/b/a Boomerangs (Doc. No. 18) and Motion for Default Judgment Against Melisa Belcuore-Fisk (Doc. No. 19), both filed January 5, 2010. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. 23), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 26, 2010 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment Against Stierwalt, Inc. d/b/a/ Boomerangs (Doc. No. 18) is **DENIED.**

3. Plaintiff's Motion for Default Judgment Against Melisa Belcuore-Fisk (Doc. No. 19) is **DENIED.**

4. Plaintiff is ordered to show why this case should not be dismissed without prejudice and the file closed no later than May 17, 2010.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of May, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party